USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/21/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
GREGORY LEE,

                          **Plaintiff,**

              -against-

DET. ENRIQUE CORNEIL, *individually and in his official capacity as an employee, agent, officer and/or Detevtive of the Police Department of City of New York,* and **SGT. JIMMY FREYRE,** *#2218, individually and in his official capacity as an Employee, Agent, Officer and/or Detective of the Police Dept. of the City of New York,*

                          **Defendants.**

----------------------------------------------------------------

1:13-cv-08359 (ALC)

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

**ANDREW L. CARTER, JR., District Judge:**

      Plaintiff Gregory Lee ("Plaintiff"), proceeding *pro se*, filed suit against Defendants Detective Enrique Corneil and Sargent Jimmy Freyre (collectively, the "Defendants"), alleging various violations of 24 U.S.C. § 1983 and state law claims.[1] *See* ECF No. 174. On November 16, 2019, Defendants filed a motion for summary judgment. The motion was subsequently referred to Magistrate Judge Debra C. Freeman for a report and recommendation. *See* ECF No. 246.

      On August 9, 2019, Judge Freeman filed a Report and Recommendation (the "Report"), recommending that Defendants' motion be granted. *See* Report and Recommendation, ECF No. 251. The Report notified the parties of the right to object within 14 days from service. *See id.* at 28, ECF No. 251. However, no objections were filed. Where, as here, no objections are filed, the Court reviews the Report for clear error. *Wilds v. United Parcel Service, Inc.*, 262 F.Supp.2d

---

[1] As indicated in the Report, the Third Amended Complaint also named ADA John Buza as a Defendant. However, ADA Buza was dismissed from this action on March 31, 2016. *See* ECF No. 167.

163, 169–70 (S.D.N.Y. 2003); see *Patterson v. Rock*, 2012 WL 3245489, *1 (S.D.N.Y. Aug. 3, 2012); see also *Graves v. Correctional Medical Service*, 667 Fed.Appx. 18, 19 (2d Cir. 2016) (quoting *United States v. Male Juvenile*, 121 F.3d 34, 38 (2d Cir. 1997)) (In the Second Circuit, "failure to object timely to a magistrate judge's report may operate as a waiver of any further judicial review of the decision, as long as the parties receive clear notice of the consequences of their failure to object.").

The Court finds no clear error in the record and adopts the well-reasoned conclusions in Judge Freeman's Report in its entirety. Accordingly, Defendants' motion for summary judgment is **GRANTED**. The Clerk of the Court is respectfully directed to dismiss this action with prejudice and enter judgment in favor of the Defendants.

**SO ORDERED.**

Dated: September 27, 2019
New York, New York

ANDREW L. CARTER, JR.
United States District Judge